# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JERRANCE JONES**                                                      **PLAINTIFF**

v.                                                                  Cause No. 4:07CV32-MPM-EMB

**OFFICER TERRANCE CRAFT, In his Official and**
**Individual Capacities, et al.**                                        **DEFENDANTS**

## ORDER STAYING ALL PROCEEDINGS

**UPON FURTHER REVIEW** of the file and record of this case, the Court finds it granted Defendants' Motion for a stay of proceedings pending the outcome of criminal proceedings in state court [doc. 5-1] by Order entered April 17, 2007. Since that time, there has been no activity in this case. Accordingly, a determination should be made regarding the need for continuation of the stay.

**IT IS, THEREFORE, ORDERED** that the parties shall on or before January 10, 2008, submit detailed status reports to the undersigned magistrate judge. The parties' reports shall include a concise statement of the status of any and all state court criminal proceedings relevant to this case.

**THIS**, the 27th day of December, 2007.

                                                            /s/ Eugene M. Bogen
                                                            U. S. MAGISTRATE JUDGE